IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTHONY and RACHEL PEREA,

    Plaintiffs,

v().                                                             No. 1:16-cv-01311-MV-KK

FARMERS INSURANCE COMPANY,

    Defendant.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Joint Motion for Dismissal With Prejudice filed by the Plaintiffs and Defendant on March 6, 2017, [Doc. 11]. The Court, having reviewed the Joint Motion, and being familiar with the premises, acknowledges that the parties have entered into a settlement of the above matter, intended to resolve all claims, causes of action, counterclaims and defenses that have been asserted or that could have been asserted herein by and between the parties to this lawsuit. The Court hereby finds that the Joint Motion for Dismissal With Prejudice should be GRANTED, and ORDERS that Plaintiffs' claims are dismissed with prejudice. Each party agrees to bear its own costs and fees incurred in the case.

    IT IS SO ORDERED.

                                                        MARTHA VAZQUEZ
                                                        UNITED STATES DISTRICT JUDGE